# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ANDREW JAMES, ET AL.**                                                          **PLAINTIFFS**

**V.**                                                       **NO. 4:18-CV-5-DMB-JMV**

**CITY OF GREENVILLE, ET AL.**                                       **DEFENDANTS**

## ORDER OF RECUSAL

This case was assigned to United States District Judge Debra M. Brown. Judge Brown, on her own motion, **RECUSES** herself from this case. The Clerk of the Court is directed to transfer and re-assign this case to another district court judge.

**SO ORDERED**, this 25th day of May, 2018.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**