# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ANDREW JAMES, *ET AL.*                                                        PLAINTIFFS

V.                                                    CIVIL ACTION NO.: 4:18cv5-MPM-JMV

CITY OF GREENVILLE, *ET AL.*                                      DEFENDANTS

## ORDER

This matter is before the Court on the second motion for extension of time and first motion for reconsideration of the court's April 17, 2019 text only order [53] by the plaintiffs Andrew and Janell James. For the reasons discussed below, consistent with the court's ruling at the [56] motion hearing, the second motion for an extension of time to designate expert witnesses is granted, and the motion for reconsideration is denied.

Because the court can extend the existing deadlines so as to ameliorate any prejudice to the defendants and because apparently the delay in timely designating experts has been occasioned, at least in part, due to a serious illness of one of plaintiffs' counsel, the court will extend the existing deadlines as follows:

1. Plaintiffs shall designate expert witnesses by July 1, 2019;
2. Defendants shall designate expert witnesses by July 30, 2019;
3. Discovery shall be completed by September 30, 2019; and
4. Dispositive motion and *Daubert* motions shall be filed by October 30, 2019.

Plaintiff's counsel is cautioned that, given the number of opportunities afforded it, its disclosure must not only be timely but in compliance with the Federal Rules of Civil Procedure,

failing which the court will entertain a motion to strike. Furthermore, no further extension will be granted to the Plaintiff.

The court declines to reconsider its prior text only order dated April 17, 2019.

**SO ORDERED** this, the 17th day of June, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**