# IN THE UNITED STATED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ANDREW JAMES AND JANELL JAMES                               PLAINTIFFS

VS.                                    CIVIL ACTION NO: 4:18-cv-00005-DMB-JMV

CITY OF GREENVILLE, TERRACE WIGFALL,
MICHAEL MUIRHEAD, OFFICER HOOVER,
DAVID MASON, AND MARY MASON                             DEFENDANTS

## ORDER VACATING PRIOR ORDER

This matter is before the court to vacate the court's prior Order [89] staying this case, as the discovery period has closed.

**SO ORDERED**, this November 15, 2019.

                                                     /s/ Jane M. Virden
                                                     **UNITED STATES MAGISTRATE JUDGE**